**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
JOSEPH DEL VALLE, :
                                                  :
                                  Petitioner, :
                                                  :
            -v-                                   :
                                                  :
UNITED STATES OF AMERICA, :
                                                  :
                                  Respondent. :
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2020

**ORDER**

14 Cr.  342 (RMB)
18 Cv. 9183 (RMB)

The Court directs Mr. Peter J. Tomao to file a response to Petitioner's 28 U.S.C. § 2255

habeas petition, dated October 1, 2018, on or before January 21, 2020.

Dated: New York, New York
            January 6, 2020



**RICHARD M. BERMAN, U.S.D.J.**