**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                14 CR. 342 (RMB)

   -against-

                                                **ORDER**

JOSEPH DEL VALLE,
                Defendant.
------------------------------------------------------------X

       The Court will hold a supervised release hearing in this case on Thursday, October 27, 2022 at 9:00 AM.

       In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       Dial in Number: (646) 453-4442
       Conference ID: 551 041 221#

Dated: October 18, 2022
       New York, NY

                                                _____
                                                    RICHARD M. BERMAN
                                                         U.S.D.J.