UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                 **ORDER**

    -against-                                      14 Cr 342

JOSEPH DEL VALLE,

                       Defendant.
------------------------------------------------------------X

The terms of supervised release in the Judgment of Conviction dated July 13, 2016, are hereby modified to delete the words "if deemed necessary by probation" on page 5, terms #1 and #2.  See United States v. Peterson, 248 F. 3d 79, 85 (2d Cir. 2001); see also Transcript of today's supervised release hearing.

Dated:  New York, New York
          October 27, 2022

                                        */s/ Richard M. Berman*
                                    **RICHARD M. BERMAN, U.S.D.J.**