**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      14 CR. 342 (RMB)

   -against-

                                                         **ORDER**

JOSEPH DEL VALLE,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, November 7, 2022 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      Dial in Number: (646) 453-4442
      Conference ID: 551 041 221#

Dated: November 2, 2022
       New York, NY

                                                  _____
                                                      RICHARD M. BERMAN
                                                            U.S.D.J.