**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    14 CR. 342 (RMB)
     -against-

                                                    **ORDER**

JOSEPH DEL VALLE,
                Defendant.
------------------------------------------------------------X

The Court will hold a supervised release hearing in this case on Monday, November 21, 2022 at 12:00 PM. The proceeding will be held in Courtroom 17B.

Dated: November 18, 2022
       New York, NY

                                                      _____
                                                        RICHARD M. BERMAN
                                                            U.S.D.J.