UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

JOSEPH DEL VALLE,
                Defendant.
------------------------------------------------------------X

14 CR. 342 (RMB)

**ORDER**

      The supervised release hearing scheduled for Monday, December 5, 2022 at 11:00 A.M. will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Access Code: 177 384 94#

Dated: November 30, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.