UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,     :     14 CR. 342 (RMB)
                                         :
       - against -                     :     **ORDER**
                                         :
JOSEPH DEL VALLE,                        :
                    Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, February 6, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 718 253 222#

Dated: February 1, 2023
       New York, NY

                                              **RICHARD M. BERMAN**
                                                  **U.S.D.J.**