UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 14 CR. 342 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| JOSEPH DEL VALLE, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, March 2, 2023 at 12:30 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 188 033 762#

Dated: February 22, 2023
        New York, NY

_____
**RICHARD M. BERMAN**
         **U.S.D.J.**