UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,    :      14 CR. 342 (RMB)
                                           :
      - against -                         :      **ORDER**
                                           :
JOSEPH DEL VALLE,                          :
                Defendant.     :
---------------------------------------------------------------x

The supervised release hearing previously scheduled for Thursday, March 2, 2023 at 12:30 P.M. is hereby rescheduled to Wednesday, March 29, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 188 033 762#

Dated: February 23, 2023
       New York, NY

                                        */s/ Richard M. Berman*
                                        **RICHARD M. BERMAN**
                                                **U.S.D.J.**