UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,       :        14 CR. 342 (RMB)
                                           :
      - against -                        :        **ORDER**
                                           :
JOSEPH DEL VALLE,                          :
                Defendant.        :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, May 1, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 842 539 833#

Dated: April 26, 2023
       New York, NY

                                                          _____
                                                          **RICHARD M. BERMAN**
                                                                 **U.S.D.J.**